RECEIVED
MAY - 4 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

NATHANIEL THOMAS, et al.

CASE NO.: 1:12-cv-00087

VERSUS

JUDGE DEE D. DRELL

WAL-MART LOUISIANA, LLC, et al.

MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that the motion to remand and for attorney's fees is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 4th day of May, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE