UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NATHANIEL THOMAS, et al | CIVIL ACTION NO. 12-0087 |
| -vs- | JUDGE DRELL |
| WAL-MART LOUISIANA, LLC, *et al.* | MAGISTRATE JUDGE KIRK |

RULING ON MOTION TO COMPEL

Before the Court is plaintiffs' Motion to Compel, **Doc. # 31**, referred to me by the district judge for decision. A hearing on the motion was held before me on March 12, 2013 and rulings were made in open court. The following is a summary of those rulings.

**FIRST SET OF INTERROGATORIES:**

Interrogatory 1 GRANTED

Interrogatory 4 GRANTED in part. List generically the contents of the CMI file.

Interrogatory 5 GRANTED in part. Provide names of persons interviewed.

Interrogatory 8 MOOT.  Plaintiff is satisfied with the clarification provided in court.

Interrogatory 9 GRANTED in part.  Amend the response to reflect the answer provided in court and list the employees who were actually in the area at the time.

Interrogatory 12 GRANTED.  Defendant shall contact Wal-Mart headquarters to determine whether the same display exists at another store and provide the dimensions of that display.  Otherwise, provide the dimensions of a similar

cardboard display, the wooden pallet and the dimensions of the corners of the pallet which remain exposed.

Interrogatory 13  GRANTED.  Defendant shall identify the sections of the documents/information produced which pertain to pallet bins. Additionally, plaintiff's counsel should make arrangements to visit the store in order to view the electronic version of the training manual. If defendant cannot accommodate any request to use a part of the electronic training manual at trial, I should be contacted.

Interrogatory 15  MOOT. Defendant states there is no surveillance.

**SECOND SET OF INTERROGATORIES:**

Interrogatory 1  GRANTED. With respect to interrogatory 1a-1d, defendant states the only items responsive to the request is the "Safety Binder". Defendant is to determine whether corporate headquarters has a copy of the relevant binder.  Further, any notes or information in the 2010 binder dealing with pallets bins, produce bins, end caps, stack bases and the like shall be produced.

With respect to the interrogatory 1e, plaintiff's counsel should make arrangements to visit the store in order to view the electronic version of the training manual. If defendant cannot accommodate any request to use a part of the electronic training manual at trial, I should be contacted.

<u>Interrogatory 2</u> GRANTED. Defendant states the only items responsive to the request is the "Safety Binder". Defendant is to determine whether corporate headquarters has a copy of the relevant binder. Further, any notes or information in the 2010 binder dealing with pallets bins, produce bins, end caps, stack bases and the like shall be produced.

THUS DONE AND SIGNED in chambers, in Alexandria, Louisiana, on this the 14th day of March, 2013.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE